

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00041-CV

## IN THE MATTER OF THE MARRIAGE OF
## SAKINA TREVATHAN
## AND
## DEVIN TRAVATHAN
## AND
## IN THE INTEREST OF D.M.T., JR., A CHILD

**From the 414th District Court
McLennan County, Texas
Trial Court No. 2014-3060-5**

## MEMORANDUM OPINION

Sakina Trevathan appeals the trial court's decree of divorced signed on November 20, 2014. By letter dated March 9, 2015, Trevathan informed the Court that the trial court had granted a new trial regarding child support and medical support.

By letter dated December 5, 2014, the Clerk of this Court notified Trevathan that the appeal was subject to dismissal because of the trial court's order granting a new trial as to some issues in the underlying proceeding and warned Trevathan that the Court would dismiss the appeal unless, within 10 days from the date of the letter, Trevathan

filed a response showing grounds for continuing the appeal. Ten days have passed and

Trevathan has not responded.

This appeal is dismissed. TEX. R. APP. P. 42.3(c).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 2, 2015
[CV06]

